68 A.3d 327

The SCHOOL DISTRICT OF PHILADELPHIA, Petitioner

v.

DEPARTMENT OF EDUCATION and Walter
D. Palmer Leadership Learning Partners
Charter School, Respondents.

Supreme Court of Pennsylvania.

June 7, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of June, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Did the Commonwealth Court err when it held that a cap on student enrollment in a 2005 school charter was valid for school years before 2008 but was invalid for school years after 2008, even though the Charter School Law states that a cap is permissible if "agreed to by the charter school ... as part of a written charter ... whether ... approved prior to or ... subsequent to the [law's] effective date"?

The parties are directed in their briefs to address whether a charter school's signing of a charter that contains a unilaterally imposed cap on enrollment can be considered "implied acquiescence" to that cap, sufficient to satisfy the requirement for an express agreement under 24 P.S. § 17–1723–A(d)(1), or whether something more is required in order to constitute such an express agreement.

Allowance of Appeal is **DENIED** with respect to all remaining issues.

444

FURTHER, Petitioner's application for leave to file a reply brief is **DENIED,** and Petitioner's application for leave to file supplemental authority is **GRANTED.**